UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ADRIAN HARRISON, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:13-CV-251 |
| § | |
| RODRIGUEZ, *et al*, § | |
| § | |
| Defendants. § | |

### ORDER

Plaintiff filed this *pro se* prisoner civil rights complaint pursuant to 42 U.S.C § 1983. (D.E. 1). Pending is Plaintiff's Motion to Dismiss his law suit. (D.E. 14). The Court has considered Plaintiff's Motion and believes it should be **GRANTED**. Therefore, it is ordered that Plaintiff's complaint is **DISMISSED** *without prejudice*.

It is further ordered that the Court's previous Order for Initial Partial Filing Fee and Collection (D.E. 10) is **VACATED**. The TDCJ and any institution having custody of Plaintiff are directed to remove the collection order on Plaintiff's inmate trust account.

The Clerk of Court is directed to send a copy of this Order by certified or first class mail or by other electronic means to **TDCJ-Office of the General Counsel, P.O. Box 13084, Austin, Texas 78711**.

ORDERED this 10th day of December, 2013.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE