UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ADRIAN HARRISON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-251 |
| | § | |
| RODRIGUEZ, *et al*, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

Pursuant to the Order Granting Plaintiff's Motion to Dismiss, Plaintiff's claims against Defendants are hereby dismissed without prejudice. This is a final judgment.

ORDERED this 10th day of December, 2013.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE